### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JASON JINGELESKI et al.,** ) | |
| ) | **8:07CV330** |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **BILLY R. BRADFORD,** ) | |
| ) | |
| **Defendant.** ) | |

The record shows that the defendant, Billy R. Bradford, was served with summons and a copy of the complaint on September 5, 2007.  **See** Filing No. 7.  Accordingly, the defendant was required to respond to the complaint no later than September 25, 2007.

On October 16, 2007, plaintiff's counsel advised the court the plaintiffs were served a pro se response.  Plaintiff's counsel did not indicate the date of service of the pro se response.

The defendant is advised that he is required to serve copies of his pleadings, motions, notices and other documents pertaining to this case on the plaintiffs' attorneys.  **See** Fed. R. Civ. P. 5(a).  He must also file his pleadings, motions, notices and other documents with the Clerk of the Court, together with a Certificate of Service showing the date of service and the name and address of each person served.  **See** Fed. R. Civ. P. 5(e).  The rules of the court also require all attorneys and pro se parties to provide the court with their mailing addresses and telephone numbers.  **See** NEGenR 1.3(e).

**IT IS ORDERED**:

1.      The defendant, Bill R. Bradford, is deemed to be proceeding pro se, that is, without the assistance of counsel.  The defendant may retain an attorney if he wishes to do so; however, until that time, the defendant will be held personally responsible for defending this case on his own behalf in accordance with the Federal Rules of Civil Procedure, the Local Rules of Practice, and the schedules set by the court.  Failure to comply with these requirements may result in the imposition of sanctions, including

payment of costs and attorney's fees and/or the entry of default, pursuant to Rule 37 of the Federal Rules of Civil Procedure.

2. The plaintiffs shall file a copy of the response to the complaint they received from the defendant with the Clerk of the Court **on or before November 1, 2007.** Failure to do so may result in dismissal of the case or other sanctions.

3. The Clerk shall mail a copy of this order to the defendant at the address provided on his response to the plaintiffs, i.e. 2361 Commercial Drive, Apt. 4, Pahrump, NV, 89048.

4. The defendant shall, **on or before November 1, 2007**, file a written notice with the Clerk of the Court giving his correct current mailing address and telephone number. The defendant shall send his written notice to the Clerk of the Court at United States District Court, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Suite 1152, Omaha NE, 68102-1322. Failure to do so may result in an entry of default or other sanctions.

DATED this 18th day of October, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge